IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT, IN AND FOR DUVAL COUNTY, FLORIDA

JUSTINA L. WRIGHT,
    PLAINTIFF,

v.                       CASE NO.: 2022-CA-5010

ASSISTANT STATE ATTORNEY
BRITTANY JOHNSON OF FLORIDA    3:23cv885-BJD-PDB
MUNCIPALITY BAR NO: 1011004.
    DEFENDANTS.
_____/

PROVIDED TO LOWELL RECEPTION CENTER CORRECTIONAL INSTITUTION ON 8/4/23 FOR MAILING

## NOTICE OF INTENT TO FILE COMPLAINT

**SUMMARY**

Pursuant to Florida Rule of General Practice and Judicial Administration 2.514

- The good or bad faith of the state is irrelevant when the state fails to disclose material exculpatory evidence to the Defendant in a criminal prosecution

- Under Title 18 U.S.C.S 1519, State Attorney, Brittany Johnson knowingly committed enumerating acts during a trial proceeding September 6 & 7, 2022 by concealing tangible records with intent to obstruct actual investigation by the United States of matter within it's jurisdiction, pursuant to Rule 1.540(b), Rule 1.090(d), and Rule 1.380(a)(2), muting audio of police body camera footage violates the due process clause of the 14th Amendment.

1

**COMPLAINT**

- Pursuant to Rule 1.420(e), Fla.R.CrimP. 3.190, Fla.R.Civ.P.1.420, and Fla Stat 907.041(f), failure to provide meaningful notice to a party whose property is seized creates a high risk of erroneous deprivation under the fourth amendment. The constitutional right to be heard is a basic aspect of the duty of government to follow a fair process of decision making when it acts to deprive a person of his/her possessions. The purpose of this requirement, more particularly is to protect Justina Wright's use and possession of property from arbitrary encroachment, to minimize substantively mistaken deprivations of property.

- The prohibition against the deprivation of property without due process of law reflects the high value embedded in our constitutional and political history, that we place on a person's right to enjoy what is his/hers free of governmental interference. Promptness is an important aspect of the due process right to be heard. For agency actions to be considered final under the Administrative Procedure Act 5 U.S.C.S. 704, the action must mark the consummation of the agency's decision making process, it must not be of a merely tentative or interlocutory nature.

- Pursuant to Fla.Stat 837.02, Fla.Stat 27.04, Fla.Stat 837.011, State Attorney Brittany Johnson did not allow the jury to decide the element of materiality by with holding exculpatory evidence during Justina Wright's trial proceeding causing detrimental damage to Justina Wright's safety, freedom, and well being, which constitutes as violations of Plaintiff Justina Wright's civil and constitutional rights.

2

- Justina Wright has a protectable liberty interest in being free from incarceration absent a criminal conviction under the due process clause of the fourteenth amendment.

**ATTACHMENTS**

**Exhibit "A"** Court file Case no: 2020-CF-8854

**CONCLUSION**

1. Justina Wright must have reasonable access to the evidence that the government is using against her. Constitutionally sufficient notice gives the party an understanding of the allegations against it, so that it has the opportunity to make a meaningful response.
2. Provisionally blocking Justina Wright's company assets by seizing contracts, company cell phone, tax documents and government issued clemency, violated Justina Wright's fourth amendment rights.
3. Withholding exculpatory evidence during a trial proceeding violates Title 18 & U.S.C.S. 1519. Using these personal papers as evidence without giving Justina Wright the opportunity to review items in question violates Justina Wright's constitutional rights.
4. Relief being sought for intentionally inflicting psychological irreparable harm to Plaintiff Justina Wright's physical person in the sum of $3,500,000.00 USD.
5. Justina Wright has not concealed any evidence in any former proceedings and has cooperated with the courts

to the extent of putting her health and safety at risk.

6. As officers of the court their first duty is to the justice system and should follow the golden rule of the justice system, treating everyone as they would like to be treated.

Respectfully Submitted,

_____
Sultan Justina L. Wright DC#C91747

## UNNOTARIZED OATH OF DEFENDANT

Under penalties of perjury, I, Justina L. Wright, Declare that I can understand English; I have read the entire foregoing Petition/Complaint, or it has been read to me and I understand its contents; this motion is filed in good faith and with reasonable belief that it is timely, has potential merit , and does not duplicate but amends previous Petition/Complaints that have been disposed of by this Court; and the facts contained in it are true and correct.

8/4/2023
Date

_____
Sultan Justina L. Wright DC#C91747

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was furnished to: **Duval County Clerk of Court, 501 West Adams Street, Jacksonville, FL 32202-7035--and/to--Clerks Office, US District Court, 300 N. Hogan St., Suite 9150, Jacksonville, FL 32202-4271** for filing by first class U.S. mail, after I placed the same in the hand(s) of a prison official on this 4th **day of August, 2023** with the required prepaid postage affixed to each envelope for processing through approved outgoing prison legal mail channels.

_____
Sultan Justina L. Wright DC#C91747
Florida Women's Reception Center
3700 NW 111TH Place
Ocala, Florida 34482

5