UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JUSTINA L. WRIGHT,

    Plaintiff,

v.                                Case No. 3:23-cv-885-BJD-PDB

BRITTANY JOHNSON,

    Defendant.
_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, an inmate of the Florida penal system, is proceeding *pro se*. Plaintiff filed document titled "Notice of Intent to File Complaint" (Doc. 1) dated August 4, 2023, in which she alleges that she intends to file a complaint against the Assistant State Attorney for conduct during Plaintiff's state court criminal trial. Plaintiff wrote at the top of her Notice, "In the Circuit Court of the Fourth Judicial Circuit, in and for Duval County, Florida." Plaintiff may have intended to file this Notice in the Fourth Judicial Circuit Court.

It is not clear what type of lawsuit Plaintiff intends to bring, if any in this Court. If Plaintiff seeks to challenge a state court judgment of conviction or sentence, she may initiate a habeas corpus case. If Plaintiff seeks to allege that the conditions of her confinement are unconstitutional, she may initiate a

civil rights action. The Court has approved the use of forms for civil rights and habeas corpus cases, and Plaintiff will be provided with copies of these forms. *See* Local Rule 6.04(a) ("A pro se person in custody must use the standard form[.]").

Accordingly, it is

**ORDERED:**

1. This case is **DISMISSED without prejudice.**

2. The **Clerk** shall enter judgment dismissing this case without prejudice, terminate any pending motions, and close the file.

3. The **Clerk** shall send Plaintiff a civil rights complaint form, a habeas corpus petition form, and an application to proceed *in forma pauperis* (prisoner filings) form. If Plaintiff chooses to refile her claims, she may complete and submit the appropriate forms. Plaintiff should not place this case number on the forms. The Clerk will assign a separate case number if Plaintiff elects to refile her claims. In initiating such a case, Plaintiff should either file a fully completed application to proceed *in forma pauperis* (if she desires to

proceed as a pauper) or pay the proper filing fee (if she does not desire to proceed as a pauper).

**DONE AND ORDERED** at Jacksonville, Florida, this 16th day of August, 2023.

                                                BRIAN J. DAVIS
                                      United States District Judge

caw 8/9
c:
Justina L. Wright, #C91747